L. Paul Mankin, IV (SBN 264038)
LAW OFFICES OF L. PAUL MANKIN, IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, California 90211
Tel: (310) 776-6336
Fax: (323) 207-3885
pmankin@paulmankin.com

Matthew R. Orr, Bar No. 211097
morr@calljensen.com
Scott R. Hatch, Bar No. 241563
shatch@calljensen.com
Joshua G. Simon, Bar No. 264714
jsimon@calljensen.com
CALL & JENSEN
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant
GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRSTIEMA COWAN, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC., a California corporation,<br><br>　　　　　Defendant. | Case No.  3:14-cv-01248-SC<br><br>**JOINT REQUEST TO DISMISS THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss the individual claims with prejudice and the putative class claims without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 15th day of September, 2014

By: /s/L. Paul Mankin_____
    Law Offices of L. Paul Mankin, IV
    Attorney for Plaintiff Kirstiema Cowan

By: /s/Matthew R. Orr_____
    Call & Jensen
    Attorney for Defendant Guayaki Sustainable
    Rainforest Products, Inc.

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 15, 2014

                             **By:** /s/L. Paul Mankin_____
                                   Law Offices of L. Paul Mankin, IV
                                   Attorney for Plaintiff Kirstiema Cowan

1  Filed electronically on this 15th day of September, 2014, with:

2  United States District Court CM/ECF system

3  Notification sent electronically via the Court's ECF system to:

Honorable Judge Samuel Conti
United States District Court
Northern District of California

**Joshua G. Simon**
Call & Jensen
Email: jsimon@calljensen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Richard Hatch**
Call & Jensen
Email: shatch@calljensen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Ryan Orr**
Call & Jensen
Email: morr@calljensen.com

This 5th day of September, 2014.

/s/L. Paul Mankin_____
Law Offices of L. Paul Mankin, IV