# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIEMA COWAN, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC., a California corporation,<br><br>　　　　　Defendant. | Case No. 3:14-cv-01248-SC<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

　　　　　　　　　　　　　　　Dated this  16  day of   September  , 2014.



　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　The Honorable Samuel Conti

Order to Dismiss - 1